902

No. 85–1859.   LUNDGARD v. OHIO.   Appeal from Ct. App. Ohio, Miami County, dismissed for want of substantial federal question.

No. 85–6850.   HARDESTY v. MICHIGAN.   Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 85–1165.   NANTAHALA POWER & LIGHT CO. ET AL. v. THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. Appeal from Sup. Ct. N. C.   Judgment vacated and case remanded for further consideration in light of *Nantahala Power & Light Co.* v. *Thornburg,* 476 U. S. 953 (1986).   JUSTICE POWELL and JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 85–1307.   NANTAHALA POWER & LIGHT CO. ET AL. v. THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. Appeal from Sup. Ct. N. C.   Judgment vacated and case remanded for further consideration in light of *Nantahala Power & Light Co.* v. *Thornburg,* 476 U. S. 953 (1986).   JUSTICE POWELL and JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 85–12.   POTT INDUSTRIES, INC. v. INGRAM RIVER EQUIPMENT, INC.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *East River S.S. Corp.* v. *Transamerica Delaval Inc.,* 476 U. S. 858 (1986).

No. 85–406.   ARIYOSHI, GOVERNOR OF HAWAII, ET AL. v. ROBINSON ET AL.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williamson County Regional Planning Comm'n* v. *Hamilton Bank,* 473 U. S. 172 (1985).

No. A–944 (85–1975).   POLYAK v. HULEN ET AL.   C. A. 6th Cir.   Application for an injunction, addressed to THE CHIEF JUSTICE and referred to the Court, denied.